**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Sandra A. Bober*
*Assistant United States Attorney*

*402 East State Street, Room 430*
*Trenton, NJ 08608*
*sandra.bober@usdoj.gov*

*main: (609) 989-2190*
*direct:(609) 858-0304*
*fax: (609) 989-2275*

August 21, 2026

**ORDER**

**Via Electronic Filing**
Hon. Edward S. Kiel, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

**Re: *Cevallos-Lopez v. Borgen*, No. 26-cv-10673 (ESK)**
**Petitioner's Release from ICE Custody**

Dear Judge Kiel:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's August 20, 2026 order, ECF No. 2, ordering Respondents to release Petitioner within 24 hours. U.S. Immigration and Customs Enforcement has advised this Office that it released Petitioner yesterday, August 20, 2026, at approximately 10:30 p.m. Accordingly, Respondents respectfully request that the Court lift the injunction entered at ECF No. 2 and close this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By: *s / Sandra A. Bober*
SANDRA A. BOBER
Assistant United States Attorney
*Attorneys for Respondents*

**So Ordered.**

***/s/ Edward S. Kiel***
**Edward S. Kiel, U.S.D.J.**
**Date: August 24, 2026**